E-FILED
Friday, 08 June, 2007  03:09:37 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| TAS DISTRIBUTING COMPANY, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No: 07-1141 |
| | ) |
| **CUMMINS INC., formerly known as** | ) Judge McDade |
| **CUMMINS ENGINE COMPANY, INC.,** | ) |
| | ) Magistrate Judge Cudmore |
| **Defendant.** | ) |

## CERTIFICATE OF INTEREST

Defendant **CUMMINS INC. (f/k/a Cummins Engine Company, Inc.),** by its counsel Foley & Lardner, LLP and Davis & Campbell L.L.C., submits the following as required by Local Rule 11.3.

1. The full name of Defendant is Cummins Inc.

2. Cummins Inc. has no parent corporation. No publicly held companies own ten percent or more of the stock of Cummins Inc.

3. Foley & Lardner, LLP and Davis & Campbell, L.L.C. are the only law firms expected to appear for Cummins Inc. in this case.

**DATED: June 8, 2007**

                                    **CUMMINS INC.**
                                    **Defendant**

                         **By:**        **s/David G. Lubben**

| | |
|---|---|
| **Jeanne M. Gills (Lead Counsel)** | **David G. Lubben (Local Counsel)** |
| **ARDC # 06225018** | **ARDC # 6207729** |
| **Foley & Lardner, LLP** | **Davis & Campbell L.L.C.** |
| **321 North Clark Street, Suite 2800** | **401 Main Street, Suite 1600** |
| **Chicago, IL 60610** | **Peoria, IL 61602** |
| **(312) 832-4500** | **(309) 673-1681** |
| **Fax: (312) 644-7528** | **Fax: (309) 673-1690** |
| jmgills@foley.com | dglubben@dcamplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification and service of such filing to all attorneys of record.

s/David G. Lubben

**David G. Lubben (Local Counsel)**
**ARDC # 6207729**
**Davis & Campbell L.L.C.**
**401 Main Street, Suite 1600**
**Peoria, IL 61602**
**(309) 673-1681**
**Fax: (309) 673-1690**
dglubben@dcamplaw.com