AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

TAS DISTRIBUTING COMPANY INC.

v.

CUMMINS INC.

**APPEARANCE**

Case Number: 1:07-cv-01141

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cummins Inc.

I certify that I am admitted to practice in this court.

| 8/16/2007 | *signature* |
|---|---|
| Date | Signature |

Heidi L. Belongia     6277111
Print Name     Bar Number

Foley & Lardner, LLP, 321 North Clark Street, Suite 2800
Address

| Chicago | IL | 60610 |
|---|---|---|
| City | State | Zip Code |

(312) 832-4500     (312) 832-4700
Phone Number     Fax Number