UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAS DISTRIBUTING COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1141 |
| | ) | |
| CUMMINS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

# O R D E R

Before the Court is Cummins' motion pursuant to the Court's April 3, 2009 Order regarding extant disputes (Doc. 157) in which Cummins seeks leave to file "instanter an Amended Answer, Affirmative Defenses and Counterclaims; and Striking the Errata Sheets of Mr. Harvey A. Slepian's March 5, 2009 deposition and Mr. Loren Sutton's March 9, March 10, March 12, March 13, and March 17, 2009 depositions.

## Motion to Amend Answer

Cummins seeks to amend its Answer and plead affirmative defenses and counterclaims relating to its basis claim that the patents underlying and providing substantial consideration for the license agreement for the TAS technology are invalid and unenforceable. The patents are the subject of another action pending in this Court in Case. No. 09-1096 in which fully briefed summary judgment motions are pending. In the Court's judgment, the instant case is complex enough and the additional complexity of patent ramifications would become overwhelming and impede the just, speedy and inexpensive determination of the instant case. The effect of granting Cummins' motion would be to consolidate this case with the pending patent case which the Court determines to be inconvenient and inexpedient. The Motion to Amend Answer is denied.

In light of the Court's action in denying TAS' motion for reconsideration of the

summary judgment Order relating to Count III of the Third Amended Complaint (Doc. 145) and TAS' renewed motion for discovery (Doc. 153), Cummins' motion for Protective Order (Doc. 157) is denied as moot.

**Motion Relating to Errata Sheets of Depositions of
Mr. Harvey Slepian and Loren Sutton**

These motions are referred to Magistrate Judge John Gorman for disposition. The Court has no familiarity with the patent case at this point, and it would be in the best interest of judicial economy to have Magistrate Judge Gorman decide the motions.

ENTERED this  27th  day of October, 2009.

                                                       s/Joe B. McDade
                                                       JOE BILLY McDADE
                                                       United States District Judge