## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TAS DISTRIBUTING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-1141 |
| ) | |
| CUMMINS, INC. ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This matter is before the Court *sua sponte*. This matter currently is scheduled for a Final Pretrial Conference and Trial on March 19, 2010 and April 19, 2010, respectively. Currently pending before the Court are a number of partial motions for summary judgment (in addition to five other motions). In light of these pending matters, the Final Pretrial Conference date is RESET to April 15, 2010 at 10:30 a.m. (parties to meet with law clerk at 9:00 a.m.). In addition, the trial date is VACATED and will be reset at the Final Pretrial Conference.

The parties also have contacted the Court regarding procedures in the Final Pretrial Conference and deadlines for submission of documents. It is the Court's understanding that the parties will be submitting <u>Daubert</u> Motions in addition to numerous Motions in Limine. Local Rule 16.1(E)(4) provides that the proposed Final Pretrial Order (along with proposed jury instructions) shall be submitted to the Court at the Conference unless otherwise ordered. The parties are directed to submit their proposed Final Pretrial Order (and proposed jury instructions) by April 12, 2010. The parties shall e-mail the documents to chambers in either a Word

(preferred) or WordPerfect format and a .pdf format.  Motions in Limine are due 14 days prior to the trial.  The parties should be prepared to discuss scheduling of hearings on any <u>Daubert</u> Motions, in addition to the trial date, at the Final Pretrial Conference

Entered this <u>19th</u> day of February, 2010

                                              s/ Joe B. McDade
                                            JOE BILLY MCDADE
                                        United States District Judge